IRWIN and others *v.* OREGON RY. & NAV. Co. and others.

*(Circuit Court, S. D. New York.* October 15, 1886.)

CORPORATION—ACTION—PARTIES.

On petition for rehearing by Mr. H. Villard. See 27 Fed. Rep. 625.

*Butler, Stillman & Hubbard,* for plaintiff.

*Holmes & Adams,* for defendant.

WALLACE, J. I have carefully examined the brief and authorities submitted by the counsel for Mr. Villard on the petition for a rehearing, but am unable to see how he, as a promoter and abettor of the acts which have worked an equitable wrong to the complainants, can escape responsibility to the same extent with the corporation he rep-

resented.    The petition for a rehearing has been considered on the
merits; that is, as though the cause were here upon a rehearing.

An order is directed denying the prayer of the petition.